David J. Khawam, Esquire
Sentry Office Plaza, Suite 604
216 Haddon Avenue
Westmont, NJ 08108
(856) 858-1011
Attorney For E Mortgage Management, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(CAMDEN VICINAGE)

| | | |
|---|---|---|
| Russell and Laura Barrett, Individually & as H/W | : | |
| 1999 Berger Road | : | Civil Action No.: |
| Kintnersville, PA 18390 | : | 1:10-cv-01256-RMB-JS |
|         Plaintiffs, | : | |
| | : | |
|     v. | : | **NOTICE OF MOTION** |
| | : | **FOR ADMISSION TO** |
| Chris Morgan, et al. | : | **PRACTICE *PRO HAC*** |
|         Defendants. | : | ***VICE*** |

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 101 of the United States District Court for the District of New Jersey, David J. Khawam, Esquire hereby requests the entry of an Order admitting Andrew J. Goncharoff, Esq. to practice before this Court in this matter *pro hac vice*, on behalf of Defendant E Mortgage Management LLC.

**PLEASE TAKE FURTHER NOTICE** that the certificate of Andrew J. Goncharoff in support of the application is submitted with this notice of motion.

**PLEASE TAKE FURTHER NOTICE** that a form of order on this application is submitted with this notice of motion.

Dated:  June 22, 2010                                    /s/   David J. Khawam_____
                                                                      David J. Khawam

                                                                      *Counsel for Defendant*
                                                                      *E Mortgage Management LLC*