UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(CAMDEN VICINAGE)

| | |
|---|---|
| Russell and Laura Barrett, Individually & as H/W<br><br>   Plaintiffs,<br><br> v.<br><br>Washington Abstract, LLC et al.<br><br>   Defendants. | Civil Action No. 1:10-cv-01256-RMB |

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT

Plaintiffs, Russell and Laura Barrett, by their counsel, having inadvertently filed the incorrect draft of the Second Amended Complaint (Documents 39, 40), hereby dismiss without prejudice defendants Frank Neill, Michael Lund, Richard Leyland, Cynthia Ortiz, and Alexandra Nefferdorf from the above captioned action without prejudice pursuant to F. Rule C. P. 41(a).

By: /s/Matthew B. Weisberg
   Weisberg Law, P.C.
   Attorney for Plaintiffs

Dated: Nov. 29, 2010