[Docket No. 53, 54]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | |
|---|---|
| RUSSELL BARRETT and<br>LAURA BARRETT<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CHRIS MORGAN, et al,<br><br>　　　　　Defendants. | Civil No. 10-1256 (RMB)<br><br>**ORDER** |

　　　THIS MATTER having come before the Court upon the Motions to Dismiss filed by Defendants' E-Mortgage Management, LLC and Countrywide Home Loans, Inc. [Docket No. 53, 54], and the oral cross-motion of Plaintiffs Russell and Laura Barrett for voluntary dismissal made pursuant to Fed.R.Civ.P. 41(a)(2); and the Court having considered the moving papers; and the Court having heard oral argument on this matter; and for the reasons expressed on the record on February 14, 2011;

　　　IT IS ON THIS **16th** day of **February 2011**, **ORDERED** that Plaintiffs' oral cross-motion for voluntary dismissal is **GRANTED**; and

　　　**IT IS FURTHER ORDERED** that the Complaint of Plaintiffs Russell and Laura Barrett is **DISMISSED WITH PREJUDICE** as to

Defendant Countrywide Home Loans, Inc.; and

**IT IS FURTHER ORDERED** that Plaintiffs' claim made pursuant to the Credit Repair Organizations Act ("CROA") is dismissed with prejudice; and

**IT IS FURTHER ORDERED** that the Motions to Dismiss filed by Defendants' E-Mortgage Management, LLC and Countrywide Home Loans, Inc. [Docket No. 53, 54] are dismissed as moot; and

**IT IS FURTHER ORDERED** that as to Plaintiffs' claim made pursuant to the Pennsylvania Unfair Trade Practices and Consumer Protection Law, the Court declines to exercise supplemental jurisdiction under 28 U.S.C. § 1367; and

IT IS FURTHER **ORDERED** that the Clerk of the Court shall **CLOSE** this file.

s/Renée Marie Bumb
RENÉE MARIE BUMB
United States District Judge